No. 504. SCRIPTURE PRESS FOUNDATION v. UNITED STATES. Court of Claims. Certiorari denied. *Robert V. Smith* and *Eugene Gressman* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, John B. Jones, Jr., Harry Baum* and *Harold M. Seidel* for the United States.

No. 562. SCHROEDER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Daniel L. Brenner* and *Bert B. Rand* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondent.

No. 596. JOHNINA, INC., v. SPACH, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari denied. *Irving M. Wolff* for petitioner. *Robert R. Frank* for respondent.

No. 607. GREATER BATON ROUGE PORT COMMISSION ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *George Mathews* for Greater Baton Rouge Port Commission, and *Weston B. Grimes* for Cargill, Incorporated, petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, James L. Pimper* and *Robert E. Mitchell* for the United States et al.

No. 610. SOULE v. SOULE. Supreme Court of California. Certiorari denied. *A. M. Mull, Jr.* and *Cecil J. Bishop* for petitioner. *David G. McInnes* for respondent.

No. 613. JACKSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.